# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 12, 2018

156475(86)

KIRK SCOTT PEDERSEN,
    Plaintiff-Appellee,

v

MEIJER STORES, INC.,
    Defendant-Appellant,
and

MACTEC, INC., MACTEC ENGINEERING &
CONSULTING, INC., AMEC E&I, INC., AMEC
E&I HOLDINGS, INC., AMEC ENVIRONMENT
& INFRASTRUCTURE, INC., JARDER
OUTDOOR NINGBO COMPANY, LTD.,
NINGBO TEXTILES IMPORT & EXPORT
CORPORATION, NINGBO TEXTILES, HAIJIN
METAL PRODUCTS, LTD., QIAN JUN,
SINOCHEM GROUP, SINOCHEM
CORPORATION, SINOCHEM, SINOCHEM
NINGBO COMPANY, LTD., and SINOCHEM
INTERNATIONAL,
    Defendants.

_____/

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

SC: 156475
COA: 328855
Wayne CC: 11-012843-NO

   On order of the Court, the motion for reconsideration of this Court's June 1, 2018 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.





   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 12, 2018

Clerk

d0905